UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 23-cr-63(1) (KMM/DJF) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **CONTINUANCE OF MOTION** |
| VATTHANA ANDY | ) | **FILING DATE AND MOTION** |
| SENGSOURIYA, | ) | **HEARING** |
| | ) | |
| Defendant. | | |

Defendant, by and through his attorney, hereby respectfully moves the Court for a continuance of the presently set date for the filing of motions, March 21, 2023, and the motion hearing date of April 12, 2023, on the following grounds: the Sherburne County Jail has had the library and computers closed to inmates due to flooding. Mr. Sengsouriya has been unable to view the video discovery in his case, and the parties have not had a meaningful opportunity to discuss a resolution in this matter.

Pursuant to 18 U.S.C. § 3161(h)(1), the period of continuance should be excluded from the computation of the Speedy Trial Act.

For the above reasons, I am requesting that the presently set motion filing date and motion hearing be continued for 30 days.

Dated: March 21, 2023

Respectfully submitted,

*s/ Jean M. Brandl*

JEAN M. BRANDL
Attorney ID No. 0387260
Attorney for Mr. Sengsouriya
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415