UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.   23-cr-63(1) (KMM/DJF) |
| | ) | |
| v. Plaintiff, | ) | |
| | ) | **STATEMENT OF FACTS IN** |
| VATTHANA ANDY | ) | **SUPPORT OF EXCLUSION OF TIME** |
| SENGSOURIYA, | ) | **UNDER THE SPEEDY TRIAL ACT** |
| | ) | |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Vatthana Andy Sengsouriya, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. It has taken a long time for me to receive my discovery in the jail and now the computers and library are off limits due to flooding, so I have not been able to review all of the discovery. I need time to review the discovery and discuss the facts with my attorney before making a decision about how to proceed in this case.

Based on the above facts, I request that the period of time from now until April 20, 2023 be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 3-21-23

*[signature: Brandl for Mr. Sengsouriya]*
Vatthana Andy Sengsouriya
Defendant

Dated: 3-21-23

*[signature]*
JEAN M. BRANDL
Attorney ID No. 0387260
Attorney for Mr. Sengsouriya
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415