UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 23-063(1) (KMM/DJF) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **DISCOVERY OF EXPERT UNDER** |
| VATTHANA ANDY | ) | **RULE 16(a)(1)(G)** |
| SENGSOURIYA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, Mr. Sengsouriya, by and through his undersigned counsel, hereby moves the Court for disclosure of expert testimony and a written summary of all expert testimony that the government intends to use in the above-entitled trial. This summary must describe the witnesses' opinions, the bases and the reasons therefor, and the witnesses' qualifications all pursuant to Rule 16(a)(1)(G).

This motion is based on all records, filings and proceedings herein.

Dated:  April 20, 2023

Respectfully submitted,

*s/ Jean M. Brandl*

_____
JEAN M. BRANDL
Attorney ID No. 0387260
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Jean_Brandl@fd.org
(612) 664-5858