UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 23-063(1) (KMM/DJF) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S PRETRIAL MOTION** |
| v. | ) | **FOR DISCLOSURE OF 404(b)** |
| | ) | **EVIDENCE** |
| VATTHANA ANDY SENGSOURIYA, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, Vatthana Andy Sengsouriya by and through his attorney, Jean M. Brandl, hereby moves the Court for an order directing the government to immediately disclose any "bad act" or "similar course of conduct" evidence it intends to offer at trial pursuant to Rule 404 of the Federal Rules of Evidence and further directing the government to identify the witnesses through whom such evidence will be presented at trial.

This motion is based on the indictment, the records and files in the above-entitled action, and any and all other matters which may be presented prior to or at the time of the hearing of said motion.

Dated:  April 20, 2023

Respectfully submitted,

s/ Jean M. Brandl

_____
JEAN M. BRANDL
Attorney ID No. 0387260
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Jean_Brandl@fd.org
(612) 664-5858