UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 23-cr-63(1) (KMM/DJF) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **CONTINUANCE** |
| VATTHANA ANDY SENGSOURIYA, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, by and through his attorney, hereby respectfully moves the Court for a continuance on the following grounds: the parties are in the midst of a complicated resolution and need more time to finalize a plea agreement.

Pursuant to 18 U.S.C. § 3161(h)(1), the period of continuance should be excluded from the computation of the Speedy Trial Act.

For the above reasons, I am requesting that the jury trial and arraignment hearing be continued for 30 days.

Dated:  May 10, 2023                     Respectfully submitted,

*s/ Jean M. Brandl*

JEAN M. BRANDL
Attorney ID No. 0387260
Attorney for Mr. Sengsouriya
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415