UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.   23-cr-63(1) (KMM/DJF) |
| Plaintiff, | ) | |
| v. | ) | **STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |
| VATTHANA ANDY SENGSOURIYA, | ) | |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Vatthana Andy Sengsouriya, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. My attorney is in active negotiations with the Government to complete a plea agreement and they need more time to find common ground.

Based on the above facts, I request that the period of time from now until June 20, 2023 be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 5-10-23

_____ for Mr. Sengsouriya
Vatthana Andy Sengsouriya
Defendant

Dated: 5-10-23

_____
JEAN M. BRANDL
Attorney ID No. 0387260
Attorney for Mr. Sengsouriya
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415