UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 23-063 (KMM/DJF) |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| v. | ) | **EXTENSION OF TIME TO** |
| | ) | **CONDUCT PSI INTERVIEW** |
| VATTHANA ANDY | ) | |
| SENGSOURIYA, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, by and through his attorney, respectfully moves the Court for an order extending the time limits under the Local Rules in which to conduct the presentence investigation interview with the US Probation Officer. The current scheduled date is June 13, 2023 and a two-week extension is requested to June 27, 2023.

This motion is based on all records, files and proceedings herein and the need for additional time to adequately respond to and resolve any difficulties in the presentence investigation.

Dated: May 31, 2023

Respectfully submitted,

*s/ Jean M. Brandl*

Jean M. Brandl
Attorney ID No. 0387260
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415